UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID BARTLET LOWELL                                   CIVIL ACTION

VERSUS

JASON ARD, ET AL.                                      NO.: 17-00187-BAJ-RLB

## FINAL JUDGMENT

Considering the Court's Ruling and Order (Doc. 59), and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.

Baton Rouge, Louisiana, this 1ST day of October, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA